IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CATCH CURVE, INC., ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | 08-259 |
| v. ) | |
| ) | |
| 2POINT COMMUNICATIONS, INC.; ) | |
| 350 NICE, INC., AIRCOM, L.C.; ) | |
| ACUMEN ASSOCIATES, INC.; ) | |
| AMERICAN VOICE MAIL, INC.; ) | |
| ARCOSOFT INC.; BAEDER CORPORATION; ) | |
| BIT BY BIT COMPUTER CONSULTANTS, INC.; ) | |
| COA NETWORK, INC.; COREN ) | JURY TRIAL |
| TELECOMMUNICATIONS, INC.; ) | DEMANDED |
| JON KRAHMER, individually and d/b/a ) | |
| ELECTRASOFT; FLUENTT TECHNOLOGY LLC; ) | |
| FREE DIGITS, LLC; GLOBAL ACCESS, INC.; ) | |
| GOFAXER.COM, INC.; HOSTWAY ) | |
| CORPORATION; INPHONIC, INC.; INTERNET ) | |
| AMERICA, INC.; INTERPAGE NETWORK ) | |
| SERVICES, INC.; INTERFAX US INC.; ) | |
| LAUNCHFAX.COM, INC.; ATG TECHNOLOGIES, ) | |
| INC. d/b/a PATLIVE; RINGDALE, INC.; SEPE INC.; ) | |
| SHADOWSTORAGE INC.; SIMS COMPANY ) | |
| d/b/a PAGE ONE NORTHWEST; SRFAX; ) | |
| VITELITY COMMUNICATIONS, LLC; ) | |
| XIFAX LIMITED; AND BOB COSTELLO, ) | |
| d/b/a FAXTOPIA, ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Catch Curve, Inc. ("Plaintiff"), prior to service of the Summons and Complaint on the Defendants in this action, and hereby voluntarily dismisses Defendant Hi-Tech Solutions, Inc. from the above-captioned and numbered cause, ***with prejudice***, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Defendant Hi-Tech Solutions, Inc. was included in Plaintiff's Original Complaint but was omitted from Plaintiff's Amended Complaint.

This 11th day of September 2008.

        Respectfully submitted,

        PATTON, TIDWELL & SCHROEDER, L.L.P.

        By:   /s/ J. Kurt Truelove_____
             Nicholas H. Patton
             Texas Bar No. 15631000
             J. Kurt Truelove
             Texas Bar No. 24013653
             4605 Texas Boulevard
             Texarkana, Texas 75503
             Telephone: (903) 792-7080
             Facsimile: (903) 792-8233
             E-mail: ktruelove@texarkanalaw.com

        Attorneys for Plaintiff Catch Curve, Inc.

Of Counsel:

Dan R. Gresham (*admitted pro hac vice*)
Georgia State Bar No. 310280
*dan.gresham@tkhr.com*
Cynthia J. Lee (*admitted pro hac vice*)
Georgia Bar No. 442999
*cynthia.lee@tkhr.com*
Melissa Rhoden (*admitted pro hac vice*)
Georgia State Bar No. 143160
*melissa.rhoden@tkhr.com*
**THOMAS, KAYDEN, HORSTEMEYER**
     **& RISLEY, L.L.P.**
600 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933

Frank L. Bernstein (*admitted pro hac vice*)
California State Bar No. 189504
*fbernstein@kenyon.com*
**KENYON & KENYON LLP**
333 West San Carlos Street, Suite 600
San Jose, California 95110
Telephone: (408) 975-7500
Facsimile: (408) 975-7501

3

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this pleading was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rules CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this the 11th day of September 2008.

                                        */s/ J. Kurt Truelove*
                                        J. Kurt Truelove