IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CATCH CURVE, INC., | ) | |
|       Plaintiff, | ) | Civil Action File No. |
| | ) | 08-259 |
| v. | ) | |
| | ) | |
| 2POINT COMMUNICATIONS, INC.; | ) | |
| 350 NICE, INC., AIRCOM, L.C.; | ) | |
| ACUMEN ASSOCIATES, INC.; | ) | |
| AMERICAN VOICE MAIL, INC.; | ) | |
| ARCOSOFT INC.; BAEDER CORPORATION; | ) | |
| BIT BY BIT COMPUTER CONSULTANTS, INC.; | ) | |
| COA NETWORK, INC.; COREN | ) | JURY TRIAL |
| TELECOMMUNICATIONS, INC.; | ) | DEMANDED |
| JON KRAHMER, individually and d/b/a | ) | |
| ELECTRASOFT; FLUENTT TECHNOLOGY LLC; | ) | |
| FREE DIGITS, LLC; GLOBAL ACCESS, INC.; | ) | |
| GOFAXER.COM, INC.; HOSTWAY | ) | |
| CORPORATION; INPHONIC, INC.; INTERNET | ) | |
| AMERICA, INC.; INTERPAGE NETWORK | ) | |
| SERVICES, INC.; INTERFAX US INC.; | ) | |
| LAUNCHFAX.COM, INC.; ATG TECHNOLOGIES, | ) | |
| INC. d/b/a PATLIVE; RINGDALE, INC.; SEPE INC.; | ) | |
| SHADOWSTORAGE INC.; SIMS COMPANY | ) | |
| d/b/a PAGE ONE NORTHWEST; SRFAX; | ) | |
| VITELITY COMMUNICATIONS, LLC; | ) | |
| XIFAX LIMITED; AND BOB COSTELLO, | ) | |
| d/b/a FAXTOPIA, | ) | |
|       Defendants. | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW Plaintiff Catch Curve, Inc. ("Plaintiff"), prior to service of the Summons

and Complaint on the Defendants named herein, and hereby voluntarily dismisses said

Defendants from the above-captioned and numbered cause, **with prejudice**, pursuant to Rule

41(a)(1)(i) of the Federal Rules of Civil Procedure.  The below-named Defendants were included

in Plaintiff's Original Complaint but were omitted from Plaintiff's Amended Complaint.

Therefore, the following Defendants should be dismissed from this action:

121 LTD

BOOMERANG.COM, INC.

BROADFAX, INC.

DIGITAL SPEECH SYSTEMS, INC.

EC DATA SYSTEMS, INC.

FAX1.COM

FAX911.COM

FAXTS NOW INC.

NEWRISE CORP.

ONSET TECHNOLOGY, INC.

PEOPLE LINE TELECOM, INC.

STONEVOICE

TELECENTREX, INC.

VOICE MAIL DEPOT, INC.

This 24th day of September 2008.

Respectfully submitted,

PATTON, TIDWELL & SCHROEDER, L.L.P.

By:  _/s/ J. Kurt Truelove_____
       Nicholas H. Patton
       Texas Bar No. 15631000
       J. Kurt Truelove
       Texas Bar No. 24013653
       4605 Texas Boulevard
       Texarkana, Texas 75503
       Telephone: (903) 792-7080
       Facsimile: (903) 792-8233
       E-mail: ktruelove@texarkanalaw.com

Attorneys for Plaintiff Catch Curve, Inc.

Of Counsel:

Dan R. Gresham (*admitted pro hac vice*)
Georgia State Bar No. 310280
*dan.gresham@tkhr.com*
Cynthia J. Lee (*admitted pro hac vice*)
Georgia Bar No. 442999
*cynthia.lee@tkhr.com*
Melissa Rhoden (*admitted pro hac vice*)
Georgia State Bar No. 143160
*melissa.rhoden@tkhr.com*
**THOMAS, KAYDEN, HORSTEMEYER**
**& RISLEY, L.L.P.**
600 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933

Frank L. Bernstein (*admitted pro hac vice*)
California State Bar No. 189504
*fbernstein@kenyon.com*
**KENYON & KENYON LLP**
333 West San Carlos Street, Suite 600
San Jose, California 95110
Telephone: (408) 975-7500
Facsimile: (408) 975-7501

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this pleading was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rules CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this the 24th day of September 2008.

*/s/ J. Kurt Truelove*
J. Kurt Truelove